**2002–1206. Natl. Indemn. Co. v. Ryerson.**
Certified State Law Question, No. C2-01-0223. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions certified by the United States District Court for the Southern District of Ohio, Eastern Division:

"1. Where additional amounts of UIM coverage exist as a matter of law under *Abate v. Pioneer Mutual Casualty Co.*, 22 Ohio St.2d 161 (1970) and its progeny, is the additional coverage subject to the same terms and conditions as the UIM coverage actually written as part of the policy?

"2. Are policy conditions requiring prompt notice of an accident or loss excused for UIM claims arising out of accidents which occurred prior to the decision in *Scott–Pontzer* [*v. Liberty Mut. Fire Ins. Co.*, 85 Ohio St.3d 660, 710 N.E.2d 1116]?

"3. Are policy conditions requiring notice of a tentative settlement with an uninsured motorist excused for UIM claims arising out of accidents that occurred prior to the decision in *Scott–Pontzer*?

"4. Are policy conditions requiring an insured to protect the insurer's subrogation rights excused for UIM claims arising out of accidents that occurred prior to the decision in *Scott–Pontzer*?"

MOYER, C.J., concurs in part because he would hold this cause for the decision in 2001–1843, *Ferrando v. Auto–Owners Mut. Ins. Co.*, Ashtabula App. No. 2000–A–0038.

LUNDBERG STRATTON, J., dissents.

On motion for stay. Stay denied.

On motion to dismiss. Motion denied.

LUNDBERG STRATTON, J., dissents.